196

Argued April 23, affirmed April 23, 1973

STATE OF OREGON, *Respondent, v.* MICHAEL
CAVANAUGH (No. C 72-08-2511 Cr), *Appellant.*

508 P2d 817

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.